# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thomas, Sidney R. | Ninth Circuit Court of Appeals | 04/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

P.O. Box 31478
Billing MT 59107-1478

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ninth Circuit Historical Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 04/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwest Billings Associates (Partnership) | A | Distribution | L | W | | | | | |
| 2. UBS USA Deposit Account | A | Interest | J | T | | | | | |
| 3. AB Intermediate Muni Fund (AIDYX) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 4. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 5. AB Large Cap Growth Fund (APGYX) (Investment Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 6. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 7. American Funds Euro Pacific Growth Fund (AEPFX) (Investment Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 8. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 9. American Funds New World Fund (NFFFX) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 10. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 11. American Funds Small Cap World Fund (SMCFX) (Investment Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 12. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 13. Blackrock High Yield Muni Fund (BHYIX) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 14. | | | | | Sold (part) | 08/15/19 | J | A | |
| 15. Columbia Strategic Muni Income Fund (CATZX) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 16. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 17. Delaware Value Fund (DDVIX) (Investment Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Sold (part) | 06/19/19 | J | D | |
| 19. | Lord Abbett Floating Rate Fund (LFRFX) ((Investment Account)) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 20. | | | | | | Sold (part) | 08/15/19 | J | C | |
| 21. | Nuveen Short Duration High Yield Muni Fund (NVHIX)(Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 22. | | | | | | Sold (part) | 08/15/19 | J | B | |
| 23. | Pimco Stocks Plus Int Fund (PIUHX) (Investment Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 24. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 25. | Vanguard Mid-Cap Index Fund (VIMAX) (Investment Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 26. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 27. | Vanguard S&P 500 ETF (VOO) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 28. | | | | | | Sold (part) | 08/15/19 | J | A | |
| 29. | Wisdom Tree US Small Cap Earnings Fund ETF(EES) (Investment Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 30. | | | | | | Sold (part) | 04/26/19 | J | C | |
| 31. | JP Morgan Equity Income Fund (HLIEX) (Investment Account) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 32. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 33. | Tax Exempt Bond Fund of America (TEAFX) (Investment Account) | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 34. | Lord Abbett Ultra Short Bond (LUBFX) (Investment Account) | A | Dividend | J | T | Buy | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | Sold (part) | 08/15/19 | J | D | |
| 36. | Vangaurd Small Cap Index Fund (VSMAX) (Investment Account) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 37. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 38. | AB Large Cap Growth Fund (APGYX) (IRA Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 39. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 40. | American Funds New World Fund (NFFFX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 41. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 42. | American Funds Small Cap World Fund (SMCFX) (IRA Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 43. | | | | | | Buy (add'l) | 08/15/19 | J | | |
| 44. | Blackrock High Yield Bond Fund (MAYHX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 45. | | | | | | Sold (part) | 08/15/19 | J | A | |
| 46. | Delaware Value Fund (DDVIX) (IRA Account) | A | Dividend | J | T | Sold (part) | 06/19/19 | J | D | |
| 47. | Lord Abbett Floating Rate Fund (LFRFX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 48. | | | | | | Sold (part) | 08/15/19 | J | C | |
| 49. | Lord Abbett Short Duration Income (LDLFX) Fund (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 50. | | | | | | Sold (part) | 08/15/19 | J | B | |
| 51. | Lord Abbett Ultra Short Bond Fund (LUBFX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/15/19 | J | C | |
| 53. Pimco Income Fund (PIMIX) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 54. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 55. Pimco Stocks Plus Int Fund (PIUHX) (IRA Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 56. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 57. Vanguard Mid-Cap Index Fund (VIMAX) (IRA Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 58. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 59. Wisdom Tree US Small Cap Earnings Fund ETF (EES) (IRA Account) | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 60. | | | | | Sold (part) | 06/19/19 | J | C | |
| 61. Alpha Centric Income Opportunities (IOFAX) Fund (IRA Account) | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 62. Amer Funds Europacific Growth Fund (AEPFX) (IRA Account) | A | Dividend | J | T | Sold (part) | 04/26/19 | J | A | |
| 63. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 64. JP Morgan Core Bond Fund (PGXOX) (IRA Account) | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 65. JP Equity Income Fund (OIEIX) (IRA Account) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 66. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 67. Vanguard S&P 500 Fund EFT (VOO) (IRA Account) | A | Dividend | J | T | Buy | 04/26/19 | J | | |
| 68. | | | | | Sold (part) | 08/15/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Small Cap Index Fund (VSMAX) (IRA Account) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 70. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 71. U.S. Bank Accounts | A | Interest | M | T | | | | | |
| 72. Wells Fargo Account | A | Interest | K | T | | | | | |
| 73. Real Property - Alfalfa County Oklahoma | A | Distribution | K | W | | | | | |
| 74. Mineral Interest - Alfalfa County Oklahoma | C | Royalty | J | T | | | | | |
| 75. Ishares Edge MSCI USA Quality Factor ETF (QUAL) (Second IRA Account) | C | Dividend | M | T | | | | | |
| 76. Ishares Small Cap 600 (IJS) (Second IRA Account) | B | Dividend | L | T | | | | | |
| 77. Ishares Core S&P 500 (IVV) (Second IRA Account) | C | Dividend | M | T | | | | | |
| 78. Vanguard Value (VTV) (Second IRA Account) | B | Dividend | M | T | Buy | 12/12/19 | M | | |
| 79. Vanguard Dividend Appreciation (VIG) (Second IRA Account) | B | Dividend | M | T | Buy | 04/29/19 | N | | |
| 80. Vanguard Growth (VUG) (Second IRA Account) | B | Dividend | M | T | | | | | |
| 81. Vanguard Utilities (VPU) (Second IRA Account) | B | Dividend | J | T | | | | | |
| 82. Janus Short Term BD (JABX) (Second IRA Account) | B | Dividend | K | T | | | | | |
| 83. Wells Fargo Advtg Short Term Bd Inv (SSTVX) (Second IRA Account) | B | Dividend | K | T | | | | | |
| 84. Vanguard Short Term Treasury (VGSH) (Second IRA Account) | C | Dividend | M | T | | | | | |
| 85. Vanguard Short Term Bond Index (VBISX) (Second IRA Account) | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard Large Cap ETF IV (VV) (Second IRA Account) | D | Dividend | N | T | | | | | |
| 87. Schwab Govt Money Fund (SNVXX) (Second IRA Account) | C | Dividend | M | T | Buy | 07/26/19 | M | | |
| 88. Ishares Core SP500 (Second IRA Account) | A | Dividend | | | Buy | 05/31/19 | L | | |
| 89. | | | | | Sold | 06/14/19 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thomas, Sidney R.** | 04/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report does not contain listing of assets and property that are solely owned by my spouse or children. Those assets were not derived from my assets, income, or activities. I have no control over those assets. I possess no interest, income or benefit from any of the omitted assets, nor do I expect to receive any interest or benefit from them. I have no personal knowledge of the details of any of the omitted assets, except that it has been represented to me that none of the assets consist of common stocks.

In Part VII, several funds are listed twice because they were purchased in separate investment accounts. These investments are differentiated as "Investment Account," "IRA Account," or "Second IRA Account."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney R. Thomas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544